**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-7657**

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARTHUR F. JONES, a/k/a Arthur Palmer, a/k/a
Junior, a/k/a June,

Defendant - Appellant.

———

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CR-99-362, CA-01-4451-2)

———

Submitted: January 13, 2003        Decided: February 3, 2003

———

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Arthur F. Jones, Appellant Pro Se. Sean Kittrell, OFFICE OF THE
UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur F. Jones seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude that Jones has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>